IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| AGS CONTRACTING, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00255 (WLS) |
| | : | |
| OUTSIDE THE BOX, LLC a/k/a | : | |
| OUTSIDE THE BOX VA, LLC, and | : | |
| HUDSON INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Previously, the Court granted the Parties' joint motion to continue the trial from the February 2022 trial term due to illnesses affecting Plaintiff's counsel and family members and the "high likelihood of settlement in this matter." (Doc. 31 at 1; Doc. 32.) The Court continued the trial to the May 2022 trial term and ordered that the Parties file a status report no later than Friday, February 25, 2022 indicating whether they are ready to proceed to trial in May 2022.

Plaintiff has now timely filed a status report stating that the Parties' counsel had a telephone conference in which they discussed Plaintiff's counsel's scheduling conflicts for May 2022 and the Parties' concurrences that a formal mediation would be beneficial. (Doc. 33.) Plaintiff's counsel states that he was unable to obtain a written status from defense counsel for the Parties' joint status report, but Plaintiff requests a continuance of the trial to June, July, or August 2022. (Doc. 33.)

As Defendants have not responded in writing, Defendants are **ORDERED** to file a written response **no later than Monday, March 7, 2022**, stating whether they oppose a

continuance of the trial in this case to the August 2022 trial term so that the Parties can pursue mediation.

**SO ORDERED**, this 28th day of February 2022.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**