IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| AGS CONTRACTING, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00255 (WLS) |
| | : | |
| OUTSIDE THE BOX, LLC a/k/a | : | |
| OUTSIDE THE BOX VA, LLC, and | : | |
| HUDSON INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Previously, the Court granted the Parties' joint motion to continue the trial from the February 2022 trial term due to illnesses affecting Plaintiff's counsel and family members and the "high likelihood of settlement in this matter." (Doc. 31 at 1; Doc. 32.) On February 25, 2022, Plaintiff filed a status report stating that the Parties' counsel had a telephone conference in which they discussed Plaintiff's counsel's scheduling conflicts for May 2022 and the Parties' concurrences that a formal mediation would be beneficial. (Doc. 33.) Plaintiff requests a continuance of the trial to June, July, or August 2022. (Doc. 33.) The Court ordered Defendants to file a written response stating whether they oppose a continuance of the trial in this case to the August 2022 trial term so that the Parties can pursue mediation. (Doc. 34.) Defendants have responded stating that they do not object to continuing the trial of this case to August 2022.

Accordingly, because of Plaintiff's scheduling conflicts and request for a continuance so that the Parties can pursue formal mediation, the trial in this case is hereby **CONTINUED** to the Court's Valdosta Division August 2022 trial term which begins on Monday, August 8,

1

2022.[1] The Court expects the Parties to act diligently during this continuance, and the Parties **SHALL** file a written joint status report **no later than Monday, June 27, 2022** stating whether they have resolved this matter or whether they are ready to proceed to trial in August.

No further extensions or continuances will be granted except to prevent manifest injustice upon timely *written motion* for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

**SO ORDERED**, this 3rd day of March 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court does not have a regular trial term in Valdosta in June or July.