# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

THE UNITED STATES OF AMERICA, :
*for the use and benefit of* :
AGS CONTRACTING, LLC, :
                                     Plaintiff, :

v. :   CASE NO.: 7:20-CV-00255 (WLS)

OUTSIDE THE BOX, LLC a/k/a :
OUTSIDE THE BOX VA, LLC, and :
HUDSON INSURANCE COMPANY, :
                                     Defendants. :

## ORDER

On June 14, 2022, Defendants Outside the Box, LLC and Hudson Insurance Company filed a "Motion to Join a Necessary Party." (Doc. 37.) Per the Discovery and Scheduling Order, the deadline to join a party expired on July 28, 2021 and the dispositive motion deadline expired on October 12, 2021, with no joinder or dispositive motions being filed. (Doc. 24.) As such, the Court first noticed the Parties on December 20, 2021 to prepare for a pretrial conference. (Doc. 28.) Trial was continued to May 2022 and most recently to August 2022 based on the Parties' assertions that they would pursue mediation and be available for trial in August 2022 if this case was not resolved. (*See* Docs. 33, 36.) A status report is currently due by June 27, 2022, and the Defendants now move to add a party stating that this joinder is necessary and that the statute of limitations under North Carolina law is quickly approaching, although Defendants do not specify which state's law applies here.

Based on the foregoing, the Parties are **ORDERED** to file a status report **no later than Friday, June 17, 2022** stating whether they are still pursuing mediation or whether they

1

intend to proceed to trial in August 2022. If the Parties are not ready for trial, a motion to continue the case beyond the August trial term setting forth the reasons for a continuance must be timely filed.

Plaintiff is ordered to respond to Defendants' Motion to Join a Necessary Party (Doc. 37) **no later than Tuesday, June 21, 2022**.

**SO ORDERED**, this 15th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**