IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, : <br> *for the use and benefit of* : <br> AGS CONTRACTING, LLC, : <br>  : <br> Plaintiff, : <br>  : <br> v. : <br>  : <br> OUTSIDE THE BOX, LLC a/k/a : <br> OUTSIDE THE BOX VA, LLC, and : <br> HUDSON INSURANCE COMPANY, : <br>  : <br> Defendants. : | CASE NO.:  7:20-CV-00255 (WLS) |

## ORDER

A pretrial conference has been set in this case for July 6, 2022, and Defendants have recently filed a motion to join a party (Doc. 37). Plaintiff timely responded to the motion asserting various reasons that the motion should be denied. (Docs. 41 & 42.) Defendants' reply brief in support of their motion for joinder (Doc. 37) is due **no later than Tuesday, June 28, 2022**.

**SO ORDERED**, this 22nd day of June 2022.

 /s/ W. Louis Sands
 **W. LOUIS SANDS, SR. JUDGE**
 **UNITED STATES DISTRICT COURT**

1