IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, *for the use and benefit of* AGS CONTRACTING, LLC, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 7:20-CV-00255 (WLS) |
| OUTSIDE THE BOX, LLC a/k/a OUTSIDE THE BOX VA, LLC, and HUDSON INSURANCE COMPANY, | : : : : | |
| Defendants. | : | |

## **ORDER**

On July 6, 2022, the Court held a Pretrial Conference in this case. At the Pretrial Conference the Parties were ordered to confer as to the following issues. First, which issues, in this action, are governed by Georgia contract law as opposed to the Miller Act. Second, whether Government websites[1] are self-authenticating. Finally, whether a General or Specialized verdict form or some combination was appropriate.

Accordingly, the Parties are hereby **ORDERED** to inform the Court as to which choice-of-law issues on which they agree or disagree and file briefs supporting their position. The Parties are also **ORDERED** to confer regarding whether Government websites are self-authenticating and if there is a disagreement, the Parties should file briefs supporting their position. In addition, the Parties are **ORDERED** to inform the Court whether they believe that a general or specialized verdict form or some combination is appropriate. A response and

---

[1] Specifically, those ending in .gov

1

any corresponding briefs are due **by no later than close of business, Thursday, July 21, 2022**.

Finally, at the Pretrial Conference, Plaintiff's Counsel noticed the Court that they believe this case may still be settled prior to trial. Accordingly, in the event that a settlement is reached, the Parties are hereby **ORDERED** to file a notice of settlement without delay.

**SO ORDERED**, this 7th day of July 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**