IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | : | |
| *for the use and benefit of* | : | |
| AGS CONTRACTING, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00255 (WLS) |
| | : | |
| OUTSIDE THE BOX, LLC a/k/a | : | |
| OUTSIDE THE BOX VA, LLC, and | : | |
| HUDSON INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Presently before the Court is Defendant's Unopposed Motion to Continue trial, which is currently set to begin on August 11, 2022. (Doc. 58.) Therein, Defendants request that this Court grant a continuance for two (2) reasons. First, Defendants need additional time to file a Rebuttal to Plaintiff's untimely Response (Doc. 57), to this Court's Order (Doc. 55), in which Plaintiff presented argument on three issues.[1] Second, Defendants' chief witness is not available for trial, as he needs to be home caring for his wife to assist in her recovering from some severe health issues. (Doc. 58.)

As to the first issue, the Court had initially not intended to consider Plaintiff's untimely and unexcused Response (Doc. 57), in ruling on the issues inquired into at the pre-trial conference. (Doc. 55.) However, because additional briefing will assist the Court in ruling on

---

[1] First, which issues, in this action, are governed by Georgia contract law as opposed to the Miller Act. Second, whether Government websites[1] are self-authenticating. Finally, whether a General or Specialized verdict form or some combination was appropriate.

1

those issues, Defendants are hereby **ORDERED** to file a Reply, to Plaintiff's Response (Doc. 57), **by no later than close of business, Friday, August 5, 2022**.

As to the second issue, the Court will need to review the letter from Novant Health. Accordingly, Defendants are **ORDERED** to email a copy of the letter from Novant Health to the Court's Courtroom Deputy **by no later than Wednesday, August 3, 2022.** The Court shall thereafter conduct an in-camera review of the letter and continue the trial if necessary.

**SO ORDERED**, this 1st day of August 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**