# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, : *for the use and benefit of* : AGS CONTRACTING, LLC, : : Plaintiff, : : v. : : OUTSIDE THE BOX, LLC a/k/a : OUTSIDE THE BOX VA, LLC, and : HUDSON INSURANCE COMPANY, : : Defendants. : | CASE NO.: 7:20-CV-00255 (WLS) |

## **ORDER**

On October 12, 2022, the Court held the second Pretrial Conference in this case. At the Pretrial Conference the Parties announced that they were ready for trial, but agreed that considering this Court's October 7, 2022, Order (Doc. 64) resolving the choice of law question that additional time to file dispositive motions could resolve several issues prior to trial. While the Court noted that the deadline to file dispositive motions had since elapsed, based on the Parties' representations that cross motions for summary judgment could resolve several issues prior to trial, and the fact that both Parties were amenable to the proposal, the Court agreed to permit the Parties to file cross motions for summary judgment.

Accordingly, it is hereby **ORDERED** that the Parties file their cross-motions for summary judgment **within forty-six (46) days of the entry of this Order, or no later than Monday, November 28, 2022**.[1]

**SO ORDERED**, this 13th day of October 2022.

                                                  **/s/ W. Louis Sands**
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**

---

[1] The Court notes for the purposes of the record that at the pretrial conference it announced that the Parties were to file their cross motions for summary judgment within forty-five days. In light of the fact that forty-five days from October 12, 2022, falls on November 26, 2022, a Saturday, the Court hereby extends the deadline to the closest following business day.