IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **AGS CONTRACTING LLC,** *United States for the use and benefit of*, | : : : |
| **Plaintiff,** | : : |
| v. | : **CASE NO: 7:20-cv-255 (WLS)** : : |
| **OUTSIDE THE BOX, LLC a/k/a OUTSIDE THE BOX VA, LLC, and HUDSON INSURANCE COMPANY** | : : : : : |
| **Defendant.** | : : |

## **ORDER**

Previously, the Court provided the Parties with notice that this case is scheduled for a pretrial conference on Wednesday, January 10, 2024, at 3:00 p.m. and for trial during the Court's February 2024 Valdosta Trial Term (Doc. 78) ("Notice"). The Notice established deadlines for the Parties to tender a Proposed Pretrial Order and to submit Proposed Jury Instructions/Requests to Charge and Proposed Voir Dire Questions. To date, the Parties have not complied with the Court's instructions. Rather, Counsel for the Plaintiff, attempted to notify the Court of a settlement via an email directed to a case administrator in the Valdosta Division, with copy of the email to Defendants' counsel. While the notice of a settlement in the case is appreciated to prevent the Court and staff from expending further time in preparation for the pretrial conference or trial, the Court's practice has long been to require **all** communications with the Court, including those affecting the Court's docket or requesting continuances, to be in the form of a motion or other appropriate document filed with the Court.[1] The Parties' email does not relieve the Parties of their responsibility to comply with the Notice. Nor does it remove the pretrial conference scheduled for January 10, 2024 from the Court's calendar.

---

[1] The email provides that counsel "understand[s] the Court does not have a local form to notice the Court of settlement and pending Joint Motion to Dismiss or Stipulation of Dismissal so, we are using this email as notice to the Court with all counsel copied."

1

Accordingly, on or before **Monday, January 8, 2024**, the Parties are **ORDERED** to file an appropriate motion to continue the pretrial conference and trial of this matter to allow them to finalize any settlement or such other motion or notice as they deem appropriate. In the absence of such filing, the Parties are expected to comply with the Notice of Pretrial Conference.

**SO ORDERED**, this 5th day of January 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**