IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **AGS CONTRACTING LLC,** *United States for the use and benefit of*, **Plaintiff,** v. **OUTSIDE THE BOX, LLC a/k/a OUTSIDE THE BOX VA, LLC, and HUDSON INSURANCE COMPANY** **Defendant.** | : : : : : : : : : : : : : : CASE NO: 7:20-cv-255 (WLS) |

### **ORDER**

On January 8, 2024, the Parties filed a Joint Motion to Extend Time for Pre-Trial Conference and Trial (Doc. 80) ("Motion") notifying the Court that they had settled all claims and disputes in this action and requesting a sixty-day continuance of the pretrial conference to allow sufficient time to complete settlement documents and jointly dismiss this action with prejudice. By Order (Doc. 81) entered January 9, 2024, the Court removed the pretrial conference from the Court's calendar and removed the case from the Court's February 2024 Valdosta Trial Term. The Parties were ordered to file their joint stipulation of dismissal by no later than Monday, March 11, 2024, or, by the same deadline, file a motion for additional time with an explanation as to why additional time was needed. As of this date, the Parties have not complied with the Court's January 9, 2024 Order.

Accordingly, the Parties are hereby **ORDERED** to **IMMEDIATELY** file their joint stipulation of dismissal, **by no later than Monday, March 18, 2024,** along with an explanation as to why Counsel failed to comply with the Court's Order (Doc. 81) or timely seek an extension. Failure to comply with this Order or failure to file settlement documents

by the aforesaid date will result in this matter being noticed for trial for the Court's May 2024 Valdosta Trial Term, which begins May 6, 2024.

**SO ORDERED**, this 13th day of March 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**