IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of AGS CONTRACTING, LLC. <br><br> Plaintiff, <br><br> vs. <br><br> OUTSIDE THE BOX, LLC, a/k/a OUTSIDE THE BOX VA, LLC, and HUDDSON INSURANCE COMPANY, <br><br> Defendants. | Case No. 7:20-CV-00255-WLS |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff AGS CONTRACTING, LLC and Defendants OUTSIDE THE BOX, LLC and HUDSON INSURANCE COMPANY, by and through their respective attorneys, hereby stipulate and agree as follows:

1. The parties have reached a settlement with respect to all counts in the Complaint and Counterclaim.

2. As a result of the aforementioned settlement, the Parties wish to voluntarily dismiss all claims in the Complaint and Counterclaim with prejudice.

3. Each party shall bear its own costs and attorney's fees incurred.

**WHEREFORE**, Plaintiff and Defendants respectfully request this Court enter an Order granting the Joint Stipulation of Dismissal with prejudice.

Respectfully submitted this 14th day of March, 2024.

SMITH TERRY JOHNSON & WINDLE

*/s/ Steven A. Bimbo*

Steven A. Bimbo, NCSB No. 39531

11525 N. Community House Road, Suite 425
Charlotte, NC 28277
sbimbo@smithterrylaw.com
(704) 944-3244 – Telephone
(704) 626-6446 – Facsimile
*Attorneys for Plaintiff*


HUDSON LAMBERT PARROTT WALKER, LLC

*/s/ Anthony D. Lehman*

Anthony D. Lehman, GA Bar No. 445798

3575 Piedmont Rd., NE
Building 15, Suite 850
Atlanta, Georgia 30305
alehman@hlpwlaw.com
(678) 701-2860 – Telephone
*Attorneys for Plaintiff*


ROSE CONSULTING LAW FIRM

*/s/ David A. Rose*

David A. Rose, GA Bar No. 614180

2409 Bemiss Road
Valdosta, Georgia 31602
drose@roseconsultingllc.org
(678) 854-0222 – Telephone
*Attorneys for Defendant*

SO ORDERED this 15th day of March,

W. Louis Sands, Sr. Judge
United States District Court

2