IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AGS CONTRACTING LLC, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-cv-255 (WLS) |
| | * |
| OUTSIDE THE BOX LLC, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 15, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of March, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk